IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41042
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN MUNOZ-MENDOZA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-463-2
--------------------
December 11, 2002

Before JOLLY, DAVIS, and JONES, Circuit Judges.

PER CURIAM:[*]

     Juan Munoz-Mendoza (Munoz) appeals his guilty-plea

conviction and sentence for transporting an illegal alien.  His

brief does not comply with FED. R. APP. P. 28(a)(9)(A), as he

provides no legal arguments in support of his claims, and the

issues should therefore be deemed abandoned.  See United States

v. Tomblin, 46 F.3d 1369, 1376 n.13 (5th Cir. 1995).  To the

extent that Munoz contends that the district court erred in

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

denying him credit for acceptance of responsibility, he has not shown that the district court clearly erred in denying the benefit.  See United States v. Cano-Guel, 167 F.3d 900, 906 (5th Cir. 1999); United States v. Wilder, 15 F.3d 1292, 1299 (5th Cir. 1994).  The judgment of the district court is AFFIRMED.